394 A.2d 630

W. R. Grace & Co. v. Shainline, Appellant.

Argued June 14, 1978. Robert A. Gelinas, for appellant; Robert H. Levin, for appellee.

Order affirmed.